TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

MARILYN E. GARTLEY
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
Email: marilyn.gartley@usdoj.gov
*Attorneys for Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER JEAN WIRTH,<br><br>                  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                  Defendant. | Case No.: 2:25-cv-02268-JAD-DJA<br><br>**MOTION TO APPROVE STIPULATION ALLOWING LATE-FILED ANSWER AND EXTENDING TIME FOR FILING ANSWER OR MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

PLEASE TAKE NOTICE that in accordance with LR IA 6-1 and LR IA 6-1, the United States of America (the "Federal Defendant") and Jennifer Jean Wirth ("Plaintiff"),[1] by and through their respective undersigned counsels, do hereby respectfully move the Court to approve the following stipulation setting aside the Federal Defendant's failure to file a timely answer and further agreeing to allow, notwithstanding the expiration of the originally prescribed time period, an enlargement of time of 45 days from the originally prescribed deadline or until March 19, 2026, for the Federal Defendant to file an answer or motion to dismiss the Complaint[2] filed by the Plaintiff pursuant to Fed. R. Civ. P. 6(b)(1)(B) and Fed. R. Civ. P. 55(c) in conjunction with Fed. R. Civ. P. 55(d) and Fed. R. Civ. P. 7(b)(1).

---

[1]      Collectively, the Plaintiff and the Federal Defendant are referred to herein as the "Parties."
[2]      The Complaint refers to the Complaint commencing this litigation filed by the Plaintiff in this Court on November 17, 2025 (ECF No. 1).

1

1.    As a consequence of funding lapses and changes to personnel, the Federal Defendant's counsel first filed a notice of appearance in this matter on February 11, 2026. ECF No. 5.

2.    The Federal Defendant was served with the Complaint on December 3, 2025, ECF No. 4, whereby, pursuant to Fed. R. Civ. P. 12(a)(2) and Fed. R. Civ. P. 12(b), the Federal Defendant's answer or alternatively, its responsive motion to dismiss was required to be filed by February 2, 2026. *See* Fed. R. Civ. P. 6(a)(1); Fed. R. Civ. P. 12(a)(2); Fed. R. Civ. P. 12(b).

3.    This is the first request sought by the Federal Defendant for an extension of the deadlines by which the Federal Defendant must file their answer to the Complaint or responsive motion to the Complaint.

4.    The Parties both submit that the instant stipulation is being offered to the Court for approval in good faith and not for the purpose of delay. *Cf. In re Sonoma V.*, 703 F.2d 429, 431–432 (9th Cir. 1983) (citing *Orange Theatre Corp. v. Rayherstz Amusement Corp.*, 130 F.2d 185, 187 (3d Cir. 1942) (*en banc*); 2 J. Moore & J. Lucas, *Moore's Federal Practice*, § 6.08, at § 1500.74 & n. 9; 4 C. Wright & A. Miller, *Federal Practice and Procedure* § 1165, at 627–28 & n.83 (1969)) (parties may not agree to enlargement of time under Fed. R. Civ. P. 6(b) without court approval).

5.    In light of the foregoing, the Parties do hereby agree and stipulate that the Federal Defendant shall have until March 19, 2026, to file a responsive motion or answer to the Complaint.

Respectfully submitted this 23rd day of February 2026.

SIGAL CHATTAH
First Assistant United States Attorney

LADAH LAW FIRM

/s/ Marilyn E. Gartley
MARILYN E. GARTLEY
Assistant United States Attorney
marilyn.gartley@usdoj.gov
*Attorneys for Federal Defendant*

/s/ Andrew Guzik
ANDREW GUZIK
Nevada Bar No. 12758
RAMZY P. LADAH
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _2/24/2026_

3

**Certificate of Service**

I hereby certify that on February 23, 2026, I electronically filed and served the foregoing Motion to Approve Stipulation Allowing Late-Filed Answer and Extending Time for Filing Answer or Motion to Dismiss with the Clerk of the Court for the United States District Court for the District of Nevada using the court's electronic filing and service system.

/s/  Marilyn E. Gartley
MARILYN E. GARTLEY
Assistant United States Attorney
*Attorneys for Federal Defendant*